IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH JACOBY,**<br><br>                                      Moving Party,<br><br>        v.<br><br>**BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM,**<br><br>                                   Responding Party. | Case No. 2:23-mc-00403-KJM-AC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>*Pending in the Middle District of Louisiana, Case No. 3:22-cv-00338-BAJ-SDJ* |

Good cause appearing, Responding Party may file under seal documents paginated 1-40, referred to as Exhibits 4, 5, and 6 to Declaration of Catherine Giering as part of the Joint Statement of Discovery Disagreement regarding Subpoena to Kenneth Jacoby.  The Court will review the information in camera in relation to the Joint Statement, and the sealed documents will be destroyed or returned to Responding Party's counsel at the close of this case.

Dated: November 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1