

# United States District Court
# Eastern District of California

| Kenneth Jacoby | Case Number: 2:23-mc-00403-KJM-AC |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Bd. of Supervisors Univ. of Louisiana System | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Catherine Saba Giering hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Board of Supervisors of the University of Louisiana System

On 10/15/1999 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/29/2023     Signature of Applicant: /s/ Catherine Saba Giering

U.S. District Court – Pro Hac Vice Application       Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Catherine Saba Giering |
| Law Firm Name: | Keogh, Cox & Wilson, Ltd |
| Address: | 701 Main Street |
| City: | Baton Rouge   State: LA   Zip: 70802 |
| Phone Number w/Area Code: | (225) 383-3796 |
| City and State of Residence: | Baton Rouge, LA |
| Primary E-mail Address: | cgiering@keoghcox.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Vickie P. Whitney |
| Law Firm Name: | Office of the California Attorney General |
| Address: | 1300 I Street |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 210-7520   Bar #: 145316 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/6/23

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *CATHERINE SABA GIERING ESQ., #26495*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 1999 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 21st Day of November, 2023, A.D.

**Clerk of Court**
**Supreme Court of Louisiana**