# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**KENNETH JACOBY,**

                      v.

**BOARD OF SUPERVISORS OF THE**
**UNIVERSITY OF LOUISIANA SYSTEM,**

                                                  JUDGMENT IN A CIVIL CASE

                                                    CASE NO: **2:23–MC–00403–KJM–AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/21/2023**

                                                          **Keith Holland**
                                                          Clerk of Court

ENTERED:  **December 21, 2023**

                                       by: /s/ L. Reader
                                                   Deputy Clerk