1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Kenneth Jacoby,<br><br>                    Moving Party,<br><br>        v.<br><br>Board of Supervisors of the University of<br>Louisiana System,<br>                    Responding Party. | No. 2:23-mc-00403-KJM-AC |
| Kenneth Jacoby,<br><br>                    Moving Party,<br><br>        v.<br><br>Board of Supervisors of the University of<br>Louisiana System,<br>                    Responding Party. | No. 2:23-cv-02848-MCE-JDP<br><br>RELATED CASE ORDER |

22

23          Examination of the above-captioned actions reveals that they are related within the

24   meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same

25   question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

26   substantial savings of judicial effort."  Local Rule 123(a)(3).  The assignment of these matters to

27   the same judge is likely to effect a substantial savings of judicial effort and is likely to be

28   convenient for the parties.

                                         1

1    The parties should be aware that relating cases under Rule 123 causes the actions to be

2 assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases

3 are generally assigned to the judge and magistrate judge to whom the first filed action was

4 assigned.

5    As a result, it is hereby ORDERED that Case No. 2:23-cv-02848-MCE-JDP is reassigned

6 from District Judge Morrison C. England, Jr. to the undersigned and from Magistrate Judge

7 Jeremy D. Peterson to Magistrate Judge Allison Claire.  The caption on documents filed in the

8 reassigned case shall show Case No. 2:23-cv-02848-KJM-AC.

9    It is further ORDERED that the Clerk of the Court make appropriate adjustment in the

10 assignment of civil cases to compensate for this reassignment.

11    IT IS SO ORDERED.

12 DATED:  January 3, 2024.

13

                  CHIEF UNITED STATES DISTRICT JUDGE